# EXHIBIT A



# CALATLANTIC
## HOMES ℠

continuing the legacies of Ryland and Standard Pacific

Re: PROOF OF FIRST ARTICLES OF DRAWINGS AND DESIGNS

To Who it May Concern,

On April 10, 2008, Frank Carter of Driptite was approached and asked to do the layout and the design of a new product for Standard Pacific Homes of Irvine, CA. (One of the top 12 builders in the United States.)

On that day we met with Gary Sampson, Mickey Keen, Gary Carlson, and 3 other Executive Decision makers for Stantard Pacific Homes.   At that time, we met with Mr. Carter to discuss our extensive research with regard to designing a washing machine pan that had a low profile lip to accommodate the new washers and/or dryers that were front loaders with pedestal drawers.  We had researched for a product that would accommodate the front loaders with the "pedestal drawers", through the leading appliance manufactures and plastic manufactures, but to no avail.

It was at that time that we had a roundtable wherein the above mentioned people discussed and gave input to Mr. Carter so that he could immediately develop and patent two products that would accommodate the washers and/or dryers with pedestal drawers, as there was nothing on the market at that time.  After his extensive research with the USPTO / Patent Office and nothing was found, he began to move forward on his products.

Soon after, patents were filed with the USPTO for the Driptite plastic low profile low lip washing machine pans for front loading washing machines and/or dryers with pedestal drawers.

Sincerely,

*GARY SAMPSON*
*LENNAR / CAL ATLANTIC & STAN PAC.*
*(949) 933-7589*

Gary Sampson  _____

Mickey Keen  _____

_____
Inventor:  Frank Carter

# EXHIBIT B

# Memo

Re: Contact w/ Matt Varnell Buyer for all Lowes Home Improvement Stores

On or approx. on Tuesday November 2, 2010 Matt Varnell Buyer for All Lowes Stores (approximately 1400) contacted me and said he needed our new Driptite Washing Machine Pans for the stackable, single as well as combination washers and dryers with pedestal drawers.   He explained and expressed interest on how I have the only US Patent and/or Pat. Pending washer dryer pans on the market that are low profile that can be used with all of his front loading washers and/or dryers with the pedestal drawers.

He explained how he needed to "bring them in" to all Lowes for the new style of washing machines that were being sold and that wanted to start bringing them into approximately 100 stores to start.

Mr. Varnell explained his current pans from Lambro & Camco were not working for him and his customers because the sidewalls were too high and the pedestal drawers were hitting on the front lip and as a result, many customers were complaining.   The only pans at the time were for the top loading washing machines and not for the new pedestal drawer , front loading washing machines and/or dryers.

It was then that we began exchanging emails and t/c conversations.

**PLEASE SEE ATACHED EMAILS**

After January 26, 2011 when I gave the very best price break that I could with very small profit margins on our washing machine pans, Mr. Varnell asked if he could set up a meeting with me to discuss moving my companies manufacturing overseas in China with one of the plastics manufacturers Lowes used for other products so as to lessen the coast on his end and so that he could make a greater profit on each pan sold here in his stores in the United States.

I replied with a "no" as:

1.    I don't believe in manufacturing products overseas when they are under a USPTO Patent Laws here in the United States.
2.   I am big believer in manufacturing in the US and employing US workers.  In addition I have friends and family members who work for me and I did not want to employ China.

I never heard back from Matt Varnell or Robert Williams of the Water Group.

Approximately 12 to 16 months after our exchange of conversations re my US Patents I went into Lowes with one of my employees and saw two knock off / copycat versions, one by Lambro Industries & one by Camco.  I proceeded to check other Lowes & Home Depo stores and found further knockoffs as they were offering for sale and resale as well.

I own the US Utility Patented Low Profile, Low Side Walls Washing Machine Pan with round safety corners designed to accommodate and be used with the new front loading washers and/or dryers with the pedestal drawers.   The layout and the brochure wording were infringing on my Patent that I own the Claims to.



**DRIPTITE**
The Ultimate Protector Pans

Frank Carter <frankcarter@driptite.com>

---

## Driptite Unbreakable Washing Machine Pans

**Frank Carter** <frankcarter@driptite.com>                    Tue, Mar 7, 2017 at 10:39 PM
To: Frank Carter <flcarter2011@gmail.com>

Print This Out for Our ip Case - Proof that the Buyer for Lowe's Matt Varnell Called us and we " Had verbal Agreement First".
Then they brought in a Knock off pan for the Low Lip for the pedestal drawers. Show these email to the Judge as proof.

Frank Carter
President, Driptite, Inc
O: 949-305-8783
C: 949-842-2387
frankcarter@driptite.com

---------- Forwarded message ----------
From: Frank Carter <frankcarter@driptite.com>
Date: Thu, Nov 11, 2010 at 10:06 AM
Subject: Driptite Unbreakable Washing Machine Pans
[Quoted text hidden]



**DRIPTITE**
The Ultimate Protector Pans

Frank Carter <frankcarter@driptite.com>

## Following up on our phone conversation today

**Robert** <rawilliams@theatwatergroup.com>
To: Frank Carter <frankcarter@driptite.com>, Matt Varnell <mvarnell@totalmarketingint.com>

Fri, Oct 29, 2010 at 7:14 PM

Gentleman, Good Evening,

This is the formal introduction. Contact information on both of you is below.

Matt - can you please call Frank on Monday or Tuesday?

Frank Carter
President, Driptite, Inc
O: 949-715-4829
C: 949-842-2387
frankcarter@driptite.com

Matt Varnell
Total Marketing Int. LLC
(704) 562-0226
mvarnell@totalmarketingint.com

Regards,
Robert A. Williams
Oxford, CT
(800) 977-1841 Office & Fax
(203) 641-6780 Cell
rawilliams@theatwatergroup.com



**DRIPTITE**
The Ultimate Protector Pans

Frank Carter <frankcarter@driptite.com>

---

## Following up on our phone conversation today

---

Frank Carter <frankcarter@driptite.com>                                          Fri, Oct 29, 2010 at 11:53 AM
To: "Robert A. Williams" <rawilliams@theatwatergroup.com>

Hi Robert,

I wanted to follow up on our phone conversation from earlier today and reach out to you and say Thank You.

I look forward to meeting and speaking to Matt Varnell.

I'm excited and looking forward to bringing our products into Lowes (and Home Depot)!

Thank you again for everything!

Frank Carter
President, Driptite, Inc
O: 949-715-4829
C: 949-842-2367
frankcarter@driptite.com

Please note my new email address and update your contact lists!



Frank Carter <frankcarter@driptite.com>

## Following up on our phone conversation today

**Frank Carter** <frankcarter@driptite.com>                                        Tue, Nov 2, 2010 at 9:48 AM
To: mvarnell@totalmarketingint.com

Hi Matt,

I just wanted to follow up on our phone conversation today. I'm very excited to start working with you and to bring the Driptite Washing Machine Pans into Lowes!

If there's anything you need, please do not hesitate to call or email me, my contact info is below.

Thank you and good luck on the course today!

Frank Carter
President, Driptite, Inc
O: 949-715-4829
C: 949-842-2387
frankcarter@driptite.com



**DRIPTITE**
The Ultimate Protector Pans

Frank Carter <frankcarter@driptite.com>

## Driptite Unbreakable Washing Machine Pans

**Frank Carter <frankcarter@driptite.com>**                                    Thu, Nov 11, 2010 at 10:06 AM
To: mvarnell@totalmarketingint.com

Hi Matt,

I hope you shot a good game in the Lowes tournament.

I just wanted to touch base and reach out to you to pickup where we left off last week. I'm very excited to begin moving forward, so please let me know if there is anything I can do to expedite the process.

Last week when we spoke you said you were going to get back to me with a list of the information you would need to move forward, such as a price quote, samples, etc. I wanted to add that I would love to meet you and if you would like me to fly up there to give you a product presentation, and provide proof of patents, or whatever else you may need, I would be more than happy to do so. Or if you would like to come here and visit our manufacturer, we would love to have you.

Please call me at your earliest convenience so that we can pickup where we left off.

Thank you Matt!

Frank Carter
President, Driptite, Inc
O: 949-715-4829
C: 949-842-2387
frankcarter@driptite.com

# DRIPTITE
The Ultimate Protector Pans

Frank Carter <frankcarter@driptite.com>

## Driptite Unbreakable Washing Machine Pans

**Matt Varnell <mvarnell@totalmarketingint.com>**
To: Frank Carter <frankcarter@driptite.com>

Thu, Nov 11, 2010 at 10:37 AM

Sorry I haven't gotten back with you Frank.  I have had several meetings over the past few days.

Can you send me samples to the address below?  I would also like to look at your pricing, FOB....

I am still interested and have a good team of guys that is looking into this for us.  I will follow up with them today.  I will be driving tomorrow morning (after 9:00) for about 6 hrs if you want to touch base.  No real news as of yet...

Matt Varnell

14722 Plessis Place

Huntersville, NC 28078

704 562 0226

[Quoted text hidden]



Frank Carter <frankcarter@driptite.com>

## Driptite Unbreakable Washing Machine Pans

Frank Carter <frankcarter@driptite.com>                                    Tue, Nov 16, 2010 at 1:54 PM
To: Matt Varnell <mvarnell@totalmarketingint.com>

Hi Matt,

I just wanted to reach out to you and let you know that I just had a meeting with my plastic supplier and we were bring down our wholesale price at larger quantities of 1000 (estimating that we'd start with 10 in 100 stores).

I just wanted to let you know that I haven't forgotten about you and I'm busy putting the samples and the new prices together. I'll package them up tomorrow and send them out 2-day shipping via UPS. You should see them by Friday.

I think that you and Lowes will love these new prices! Lowes will be able to add a 40% markup and the product will STILL be affordable for our end users.

Frank Carter
President, Driptite, Inc
O: 949-715-4829
C: 949-842-2387
frankcarter@driptite.com

[Quoted text hidden]

**DRIPTITE**
The Ultimate Protector Pans

Frank Carter <frankcarter@driptite.com>

## Driptite Unbreakable Washing Machine Pans

**Matt Varnell** <mvarnell@totalmarketingint.com>
To: Frank Carter <frankcarter@driptite.com>

Tue, Nov 16, 2010 at 2:14 PM

Perfect...I look forward to seeing them.

[Quoted text hidden]



Frank Carter <frankcarter@driptite.com>

## Driptite Unbreakable Washing Machine Pans

Frank Carter <frankcarter@driptite.com>
To: Matt Varnell <mvarnell@totalmarketingint.com>

Thu, Nov 18, 2010 at 10:00 AM

Hi Matt,

Hope you're having a great week so far! I just wanted to reach out to you and let you know I sent out those samples to you today, 2 Day UPS. The tracking number is 1ZA85172NY91495090.

Please let me know once you've received them. I'd love to hear your feedback!

Also, I just wanted to mention that once we get these into Lowes for our end user customers, they can basically pull all the other pans, because mine is unbreakable and the customer will never have to replace their washing machine pan whether they purchase our dual combo washer pan or our single washing machine pan. In addition to that, it's universal, which means it works with the old top-loaders and it's patented design also works with the new front-end loaders with pedestal drawers or without. And being that they're unbreakable, if the customer decides to ever purchase a new washer and dryer, after their top-loading washing machine breaks down, they never have to replace the pan, because it fits all machines--top loading or front-end loading. And they can still use their pedestal drawer, if they decide to purchase the washing machines with a pedestal drawer. It kills two birds with one stone, so to speak. Anyway, I just wanted to share that with you.

Keep in mind, if you need me to fly up there for a product presentation, just let me know when.

Give me a call when you get a chance. I'm happy to answer any additional questions you have about the product and I'm excited to know what our next step is. I'm here at your beck and call.

Thanks again. I look forward to speaking with you!

Frank Carter
President, Driptite, Inc
O: 949-715-4829
C: 949-842-2387
frankcarter@driptite.com

2 attachments

Price List.pdf
60K

SNAP-brochure_noletter.pdf
1553K



**TruTough Protector Pans**

622 Cliff Drive | Laguna Beach, CA 92651
(949) 715-4829 | www.driptite.com

Hi Matt, I just wanted to reach out to you and thank you again for helping me bring my products into Lowes.

Thank you for your interest in the most durable washer & dryer pans made in the world, the **patented DRIPTITE Combination Washer & Dryer Pan**™ the **Single or Stackable Washer Pan** and the **Mini-Stackable Washer Pan**™.

DRIPTITE Washer & Dryer Pans are **4x's thicker** than other pans and are made out of an **UNBREAKABLE** polyethylene plastic that will never break or crack. (the same plastic used for making Grease Interceptors) They are UV ray protected, preventing material breakdown from any kind of lighting in the home. And they were specially designed with a **patented Low Front Lip to accommodate all larger and smaller capacity frontloading washers with pedestal pullout drawers or without.** Customers will now be able to open and fully use their washing machine pedestal drawers without hitting the front lip of a washing machine pan.

Unlike any other pan on the market all DRIPTITE pans come with an ironclad **TruTough 10 Year NoBreak NoCrack Warranty.** Tested and proven over and over, once installed, we truly believe they will never have to be replaced. (life expectancy of our product is 25 years) They are Made in the U.S.A. and made to last. DRIPTITE, Inc. is proud to keep people working by manufacturing products in America.

Helping customers protect their homes,

Frank Carter
*President*
(949) 715 4829     Office
(949) 842-2387     Mobile
frankcarter@driptite.com

For all product details and to order go to:

www.driptite.com

DRIPTiTE™ products are protected by issued U.S. Patents and Other Patents Pending.



**TruTough Protector Pans**

622 Cliff Drive | Laguna Beach, CA 92651
(949) 715-4829 | www.dripite.com

## 2010 DRIPTITE PRICE LIST
### All DRIPTITE Washer Pans come with an Unbreakable 10 Year Warranty

**Part No.  CWDP-133**
Combo Washer Dryer Pan - (62.5" wide x 32.25" deep)
| Quantity: | Cost: |
|---|---|
| 1000+ | 45.63 |
| MSRP: | 64.00 |

**Part No.  SWDP-134**
Single or Stackable Washer Dryer Pan - (30.5 " wide x 34.5 deep)
| 1000+ | 27.94 ea. |
|---|---|
| MSRP: | 39.00 |

Prices are subject to increase with 30 days notice. This quote is good for 30 days
from this date.

For all product details and to order go to:

## www.driptite.com

DRIPTITE™ products are protected by issued U.S. Patents and Other Patents Pending.



**TruTough Protector Pans**

622 Cliff Drive | Laguna Beach, CA 92651
(949) 715-4829 | www.dripite.com

## PRICE AND TERMS

DRIPTITE Combination Washer & Dryer Pans, Single or Stackable Washer & Dryer
Pans and Mini-Stackable Washer Pans

## PAYMENT TERMS

Credit Card or Check (please fill out PO form - or your own -and mail with check)
Upon approval: 2% 28 net 30

## SHIPPING

FOB from 1360 S Ritchey St. Santa Ana, CA 92705  - Manufacturing Facility

## PACKAGING

Pans packed in master containers of 12 - or wrapped and palletized for larger
orders

## BILLING ADDRESS

DRIPTITE, Inc.
622 Cliff Drive
Laguna Beach, CA 92651

Prices are subject to increase with 30 days notice. This quote is good for 30 days
from this date.

For all product details and to order go to:

www.driptite.com

DRIPTITE™ products are protected by issued U.S. Patents and Other Patents Pending.



# DRIPTITE
# **UN**BREAKABLE
## TruTough Washer Dryer Pans ™

NoBreak
NoCrack
10 Year
Warranty



The **COMBO** Washer Dryer Pan **Made Only by DRIPTITE**

Fits All Front Loading Washers & Dryers with Pedestal Drawers

**#1 Seller**

Patented design can be used with all pedestal drawers. All makes and models.

## Fits All Side-by Side Washer & Dryers With or Without Pedestal Drawers

## Best Pans Made!
### Rock Solid Benefits

- Up to **4X thicker** for *Super Strength*
- Will not crack or break like other pans
- Textured surface prevents W/D shifting
- Combo allows for swapping of washer & dryer and/or door swing changes
- Won't break when stepped on!
- Stain-resistant - Easy to clean!
- Protects floors from scuffing
- Translucent for easy drain hole drilling
- 10 Year NoBreak NoCrack Warranty



The Toughest **SINGLE / Stackable** Washer Pan on the market.

ALSO fits ALL Stackable Washers & Dryers and all Mini-Stackable units too.

**4 X's Thicker** Will Never Break When Stepped On!

Patented design can be used with all pedestal drawers. All makes and models.

## Quick to Install.
### 100% Guaranteed
Not to Break, Crack or Crush for 10 Years.

## New *Never Have to Replace* Washer Pans

# PREVENT DAMAGE
## The Perfect Safeguard for Every Home

**Fits All Stackable Washer & Dryers With or Without Pedestal Drawers**

# DRIPTITE™
## Stackable Washer & Dryer Pan

- *TOUGH & DURABLE*
- *LONG-LASTING*
- Fits all stackable washer and dryers and also fits all single washers and/or dryers
- Low front lip allows all pedestal drawers to open and function fully
- Translucent material allows plumbers to easily find the drain under the pan during installation
- Smooth pliable material that won't break when stepped on - stain resistant
- *Material life expectancy (approx. 15 years)
- Limited One Year Warranty

Protected by U.S. Patent # 8,393,351 B2

*Fits Single Washers or Dryers too!*

# The *Ultimate* Stackable Washer and Dryer Pan

Protected by Issued and Pending Patents

Ideal for 2nd Floor Laundry Rooms
*Protects from Overflows*

## UNBREAKABLE

Manufactured by DRIPTITE • Western U.S. (949) 842-2387 • Eastern U.S. (440) 265-0354
West Coast Distribution location • 16404 Knott Ave. La Mirada, CA 90638
Midwest Distribution location • 4920 State Road, Ashtabula, OH 44004



DRIPTITE
The Ultimate Protector Pans

Frank Carter <frankcarter@driptite.com>

## Driptite Unbreakable Washing Machine Pans

mvarnell@totalmarketingint.com <mvarnell@totalmarketingint.com>
Reply-To: mvarnell@totalmarketingint.com
To: Frank Carter <frankcarter@driptite.com>

Thu, Nov 25, 2010 at 6:13 PM

Thanks Frank...I hope you do as well. I received the sample on Monday and plan on giving it a closer look when I get back in on Monday. I will be in touch. Matt

Sent from my Verizon Wireless BlackBerry

**From:** Frank Carter <frankcarter@driptite.com>
**Date:** Thu, 25 Nov 2010 09:14:33 -0800
**To:** Matt Varnell<mvarnell@totalmarketingint.com>
[Quoted text hidden]



## Driptite Unbreakable Washing Machine Pans

**Frank Carter** <frankcarter@driptite.com>
To: mvarnell@totalmarketingint.com

Fri, Nov 26, 2010 at 3:18 PM

Okay Matt, Thank you so very much!  I look forward to talking to you.  Frank

Frank Carter
President, Driptite, Inc
O: 949-715-4829
C: 949-842-2387
frankcarter@driptite.com

[Quoted text hidden]

DRIPTITE
The Ultimate Protectier Pans

## Driptite Unbreakable Washing Machine Pans

Frank Carter <frankcarter@driptite.com>
To: mvarnell@totalmarketingint.com

Tue, Dec 7, 2010 at 10:27 AM

Hi Matt,

Just following up on the voicemail I left you.

I hope you had a wonderful Thanksgiving!

I just wanted to reach out to you and see what our next step is for getting the Driptite Washing Machine Pans into Lowes to make them accessible for our end users. Also, did you have time to review the product?

Call me back at your earliest convenience. I'm excited to move forward!

Thank you Matt!

Frank Carter
President, Driptite, Inc
O: 949-715-4829
C: 949-842-2387
frankcarter@driptite.com

[Quoted text hidden]


The Ultimate Protector Pans

Frank Carter <frankcarter@driptite.com>

## Driptite Unbreakable Washing Machine Pans

Matt Varnell <mvarnell@totalmarketingint.com>
To: Frank Carter <frankcarter@driptite.com>

Mon, Dec 13, 2010 at 1:47 PM

I will follow up this week and try and get some direction.  What is the commission rate?


Matt

[Quoted text hidden]



Frank Carter <frankcarter@driptite.com>

## Driptite Unbreakable Washing Machine Pans

**Frank Carter** <frankcarter@driptite.com>
To: Matt Varnell <mvarnell@totalmarketingint.com>

Mon, Dec 13, 2010 at 2:25 PM

Hi Matt,

Thanks for getting back to me so quickly. For the commission, how about we go 8% for 100 stores, but if you can bring us into 1000+ stores, we'll give you 10% sales commission.

Is that ok? Or should we just go 10% for all stores?

It kinda gives us both incentive to expand into more stores.

Thanks Matt, I look forward to your follow up this week.

Frank Carter
President, Driptite, Inc
O: 949-715-4829
C: 949-842-2387
frankcarter@driptite.com

[Quoted text hidden]



Frank Carter <frankcarter@driptite.com>

## Driptite Unbreakable Washing Machine Pans

**Frank Carter <frankcarter@driptite.com>**
To: Matt Varnell <mvarnell@totalmarketingint.com>

Tue, Jan 11, 2011 at 9:42 AM

Hi Matt,

Hope the holidays went well. I'm following up on the voicemail I just left you.

You had told me to reach out to you after the holidays were over. I hope you had a great Christmas, and Happy New Years.

Give me a call when you get a chance, I wanted to send you over a sales contract. You had mentioned that you had a standard sales contract that you already had drawn up, but I will go ahead and send you over ours, which is also just a standard sales contract at 10% sales commission throughout the U.S.

Also, I wanted to know when you'd like to meet with Lowes for the product demonstration. I'm ready when you are.

Oh and remember when I do come up, I'd like to try and sneak away and play a round of golf with you.

I look forward to hearing back from you.

Thanks Matt!

Frank Carter
President, Driptite, Inc
O: 949-715-4829
C: 949-842-2387
frankcarter@driptite.com

# DRIPTITE
The Ultimate Protector Pans

Frank Carter <frankcarter@driptite.com>

## Driptite Unbreakable Washing Machine Pans

**Matt Varnell <mvarnell@totalmarketingint.com>**
To: Frank Carter <frankcarter@driptite.com>

Wed, Jan 12, 2011 at 6:36 AM

What is the Lowes cost on the large pan?  I am in a meeting this morning but will call you early afternoon with my associate that will also be working with you on this.  Thanks.

[Quoted text hidden]


**DRIPTITE**
The Ultimate Protector Pans

Frank Carter <frankcarter@driptite.com>

## Driptite Unbreakable Washing Machine Pans

Frank Carter <frankcarter@driptite.com>                                         Wed, Jan 12, 2011 at 3:27 PM
To: Matt Varnell <mvarnell@totalmarketingint.com>

Hi Matt, The cost to Lowes, large Combo pan is $45.63 , And there Unbreakable/ and fits ALL the New Makes &  Models  of
the Front loading washers and dryers with Pedistal drawers or with out, and all top loaders.

Thanks Matt!
Frank Carter
President, Driptite, Inc
O: 949-715-4829
C: 949-842-2387
frankcarter@driptite.com


[Quoted text hidden]

# DRIPTITE
The Ultimate Protector Pans

## Driptite Unbreakable Washing Machine Pans
1 message

Frank Carter <frankcarter@driptite.com>                                                                Wed, Jan 26, 2011 at 9:32 AM
To: Matt Varnell <mvarnell@totalmarketingint.com>
Cc: Jon Rog <rogjon123@gmail.com>

Hi Matt,

I just wanted to reach out to you and follow up on my phone message this morning. That's a green-light (so to speak) on bringing the price down only for Lowes to $15 for the single pan and $32 for the combo pan. They will be lighter in weight but have the exact same features and benefits for the customers that the samples we had sent to you previously had. So they will still have all our Patented features, which means it's unbreakable, and will still work with the washing machines and or dryer front-loaders and top-loaders with pedestal drawers or without, and it will still be covered by our warranty. Once again we're bringing these prices down exclusively for Lowes.

I feel we'll make the discounted price break difference up in volume for Lowes stores and our customers (end users).

The tools will be finished in 60 days, so we can begin manufacturing.

Call me if you have any questions. I'm looking forward to setting up a meeting and with your help, bring our products into Lowes!

Thank you very much Matt,

Frank Carter
President, Driptite, Inc
O: 949-715-4829
C: 949-842-2387
frankcarter@driptite.com



## call
1 message

**Matt Varnell** <mvarnell@totalmarketingint.com>
To: Jon Rog <rogjon123@gmail.com>, Frank Carter <frankcarter@driptite.com>

Fri, Jan 28, 2011 at 10:05 AM

Call in to the number below at 1:30:


Conference Dial-in Number: (218) 339-4300

Participant Access Code: 924883#

**DRIPTITE**
The Ultimate Protector Pans

Frank Carter <frankcarter@driptite.com>

## Driptite Unbreakable Washing Machine Pans

Matt Varnell <mvarnell@totalmarketingint.com>
To: Frank Carter <frankcarter@driptite.com>

Thu, Feb 10, 2011 at 9:43 AM

Fantastic. I will get a meeting setup upon arrival of the samples. Matt

[Quoted text hidden]

From: Frank Carter [mailto:frankcarter@driptite.com]
Sent: Thursday, February 10, 2011 12:37 PM
To: Matt Varnell
Subject: Driptite Unbreakable Washing Machine Pans

Hi Matt,

I just wanted to reach out to you and let you know that the master container of twelve has been shipped via UPS ground and should arrive in 5-7 days.

UPS #ZR888V30346528067

Let me know when you receive it. Thank you Matt!
Frank Carter
President, Driptite, Inc
O: 949-715-4829
C: 949-842-2387
frankcarter@driptite.com


**The Ultimate Protector Pans**

Frank Carter <frankcarter@driptite.com>

## Driptite Unbreakable Washing Machine Pans

Frank Carter <frankcarter@driptite.com>
To: Matt Varnell <mvarnell@totalmarketingint.com>

Thu, Feb 10, 2011 at 9:36 AM

Hi Matt,

I just wanted to reach out to you and let you know that the master container of twelve has been shipped via UPS ground and should arrive in 5-7 days.

UPS #ZR888V30346528067

Let me know when you receive it. Thank you Matt!

Frank Carter
President, Driptite, Inc
O: 949-715-4829
C: 949-842-2387
frankcarter@driptite.com



## Driptite Unbreakable Washing Machine Pans

**Frank Carter** <frankcarter@driptite.com>                                            Mon, Feb 21, 2011 at 11:33 AM
To: Matt Varnell <mvarnell@totalmarketingint.com>

Hi Matt, I just wanted to reach out to you, and follow up to make sure you received the master container of 12 Single/ Stackable washer pans for the meeting. Call me if you need anything. I'm vary excited to move forward. Thanks Matt.

Frank Carter
President, Driptite, Inc
O: 949-715-4829
C: 949-842-2387
frankcarter@driptite.com

[Quoted text hidden]

# EXHIBIT C



## UNITED STATES PATENT AND TRADEMARK OFFICE

### OFFICE OF POLICY AND INTERNATIONAL AFFAIRS

MAY 2 3 2019

Mr. Frankie Lee Carter
538 Center Road
Conneaut, Ohio  44030

Dear Mr. Carter:

Thank you for your e-mail of May 7, 2019, to President Trump, advising him that your patented products are being infringed by a Chinese company based in Ningbo, China. Your letter has been forwarded to the United States Patent and Trademark Office (USPTO) for a reply.

Allow me to suggest that you contact Ms. Elaine Wu, a Senior Counsel at the USPTO's Office of Policy and International Affairs, and the team lead of that Office's "China team." That team is made up of attorneys and other experts, all of whom have extensive knowledge of China's IP system. Although Ms. Wu and her team cannot provide legal advice, they can assist with general inquiries, and provide information that may be helpful in addressing your concerns.

Ms. Wu can be reached by phone at (571) 272-9300 or by email at elaine.wu@uspto.gov.

Sincerely,

Shira Perlmutter

Shira Perlmutter
Chief Policy Officer and Director for International Affairs

*LETTERS* (18 2)

*Update on our IP case / We still need your help Sir.

Dear President Trump,

My name is Frank Carter, I am a 3rd generation big home builder and now, inventor for products used in the big building industry. Building code products that we use every day in our industry.

I previously reached out and wrote to you on May 7th 2019 regarding my US Patented Product # 8,393,351 which is being knocked off by a company called CAMCO Mfg. in Ningbo China and they are set-up and distributing the knock off product here in the United States Under there sir Name CAMCO to our industry as well as the Home Improvement Stores / Industry.   We have proof of 1.7 Billion Dollars in damages we have suffered from over the last 6 years.  We have a proven slam dunk case that is currently in litigation in the Middle District of North Carolina Case No. 1:19-cv-00280-WO-LPA.  By winning this slam dunk case, it would bring back over 200 + jobs here in MFG, sales & office positions in the NE Ohio & NW Pennsylvania area to our or my  MFG. Companies. *We feel there is foul play going on between the Court and the opposing counsel.  The Judge has had our case on his desk for over 90 days now and has not made a ruling, only after we have argued our slam dunk winning case.  CAMCO infringed on our US Patent #8,393,351 – At least Claim #6.  CAMCO argues that you are not able to fit the new  front loading washer and dryer in our Patented single pan.  They are wrong.  We explained, argued & showed proof in our patent under our "Detailed Description of the Invention" (at the bottom paragraph)  that you are indeed able to take a pair of our new Front Loading , side by side washer and dryer appliances and  stack the pair on top of one another ( as they are intended to do so) and fit them into our Patented single pan (i.e. for apartments, condos, and high rise living dwellings, protecting them from leaks or flood damage).  Also in Claim #6 they knocked off all 4 of our patented ¼" radius' hard dimensions which we TM'd and named as our "safety edge and/or safety no stub corners".

In addition to our patented ¼" radius, they also knocked off ALL our dimensions of our product including length, width & depth, which means they reversed engineered it & knocked our Pat. product off exactly.

Could you please as President of the United States reach out and contact the Judge on our Case No; 1:19-cv-00280-WO-LPA in the Middle District of North Carolina to make a final decision on our slam dunk winning case that I have spent so much time and effort in inventing, designing, R&D, and writing a strong US Utility Patent for the big building industry here in the US.  ( "We do not want to let them to give our US Patents away...... Ever! )

In addition, as a Big Inventor I wanted to thank you for sticking to your promises and in helping inventors, like myself, protect our intellectual property here in the USA, which also protects and bring back many of our jobs here in the U.S.  as well - specially in my Industry.

If you ever have any questions, please contact me at (440) 265-0354 or by email at frankcarter@driptite.com.

Yours very truly,

Inventor, Frankie L. Carter
Ultimate Home Protector Pans, Inc., dba DRIPTITE

*# LETTER #2*

# DRIPTITE
The Ultimate Protector Pans

Frank Carter <frankcarter@driptite.com>

## Letter to the President. We need your Help

Thu, May 16, 2019 at 7:21 AM

My name is Frank Carter,  I am an inventor & Owner of The Driptite Ultimate Home Protector Pans - WE HAVE ONLY EVER MFG. HERE IN THE USA .   I am a 3rd generation builder and now Inventor of products that are all used in the "TOP 100 BIG Builders" New Housing Development Industry (which are building code products). US Patent No. 8,393,351.  This is the Low Profile Washing machine pans

I am hoping you can HELP US or director me to a Federal agent or officer  to help us as our US Patents are being knocked off by a company named Camco in Ningbo, China who are Ripping us Off and manufacturing and IMPORTING as well as using, offering for sale and resale my  invention into the USA. Our Damages are now in excess of 1.7 Billion Dollars.

I would like to speak with someone regarding new rules & regulations that you put in place to help Inventors Cut through the Red Tape to Litigate our Winning  Slam Dunk Case.  The Rip off attorneys for Camco are trying to keep us out of Court & from litigating our US Patent Rights before we even get to trail to see a Judge by filing a Motion to Dismiss our Patents. We feel like we are not getting a fair shake on either side now. ALL Council involved are not familiar with the Amended Rulings and New Rulings that you Pres. Trump help put in place for the Inventors. I am looking to find out exactly what the amended rules as well as the new rules & regulations that I heard you speak of during a speech WE ALL watched on Fox News.  Our Response to their Motion to Dismiss is due by June 6th, in Middle Dist. of NC. Case# 1:19-cv-00280-WO-LPA  and we hope to speak to someone prior to that as we are in desperate need for your help Sir..

By stopping the knock offs we will be able to bring back more than 200+ jobs in Ashtabula Ohio & Lake City PA.

If you could Please contact me directly at (440) 265-0354 or by email at frankcarter@driptite.com it would be greatly appreciated. Thank you Mr. President Trump.

Yours very truly,
Frankie L. Carter ,  Inventor

Frank Carter
President, UHPP Inc.,
c/o Driptite
Office: 440-265-0354
Office: 949-842-2387
frankcarter@driptite.com
www.Driptite.com
www.Driptitewholesale.com

# EXHIBIT D

TO BE PUBLISHED

**Supreme Court of Kentucky**

2016-SC-000109-KB

FINAL

DATE 5-17-16 EuAGrown,DC

*Researched prior to
Hire; and Never
Seen This ETHICS
Violation.*

MICHAEL A. VALENTI                                    MOVANT

*Kentucky Bar
Association*

V.                      IN SUPREME COURT

KENTUCKY BAR ASSOCIATION                RESPONDENT        *# 81989*

## OPINION AND ORDER

Michael A. Valenti[1] commingled personal funds with client funds in his
firm's IOLTA escrow account.  Valenti self-reported this professional-ethics
violation to the Kentucky Bar Association, and the parties have reached an
agreed resolution.

Over a two-and-one-half-year period, Valenti misused client funds via six
separate disbursements, ranging in amounts from $1,544.40 to $10,440.00.
In addition, Valenti authorized checks representing his own personal funds
totaling $182,585.81 to be deposited into the IOLTA escrow account of his firm,
Valenti Hanley & Robinson, PLLC.  This IOLTA escrow account also contained
client funds.  Of these deposited funds, $173,678.00 were obtained through
Valenti's firm's profit-sharing plan.  Valenti used the funds to pay personal
expenses.  Of note, before Valenti self-reported, all client funds were restored.

---

[1] KBA Member No. 81989, bar roster address, One Riverfront Plaza, Suite 1950,
401 W. Main Street, Louisville, Kentucky 40202.  Valenti was admitted to the practice
of law on April 24, 1987.

1